UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | DOCKET NO. 3:17-cr-182-MOC |
| (1) ALEXANDER SAMUEL SMITH a/k/a "Amir Alexander" | ) | |

**MOTION FOR ENTRY OF UNOPPOSED**
**PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. Defendant ALEXANDER SAMUEL SMITH has been charged by Bill of Indictment with violations of Title 18, United States Code, Section 1001, which prohibits, in pertinent part, making false statements to an agency of the United States involving international terrorism.

2. Because this case involves national security matters, it is the Government's intent to provide discovery in compliance with Fed. R. Crim. P. 16 and U.S. Department of Justice policies; as well as other rules, statutes and policies that may become applicable. The Government will not provide open file discovery.

3. The Government wishes to provide certain discovery subject to certain Court ordered protections regarding the use, disclosure and security of its discovery materials. The

undersigned counsel have discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

For the reasons set forth above, the Government respectfully requests that this Court enter the proposed protective order submitted herewith.

Respectfully submitted,


Jill Westmoreland Rose
United States Attorney

s/ Michael E. Savage
Assistant United States Attorney
North Carolina Bar Number 33159
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28211
704/338-3166 (Direct Line)
704/227-0197 (Fax)
mike.savage2@usdoj.gov

/s Casey Arrowood
Casey Arrowood
Assistant U.S. Attorney
Bar: District of Columbia #996381
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3108
(704) 227-0258 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of August, 2017, the foregoing Unopposed Motion was duly served upon counsel for the defendant by electronic notification from the Court to:

Kevin Tate
Federal Defenders of Western NC
Kevin_Tate@fd.org

/s Casey Arrowood____
Casey Arrowood
Assistant U.S. Attorney