IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17cr182-MOC |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES OF AMERICA'S NOTICE |
| | ) | OF INTENT TO |
| ALEXANDER SAMUEL SMITH | ) | CALL EXPERT WITNESS |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and notifies the Court and defendant, through his attorney, Kevin A. Tate, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of its intent to call the following expert witness and of its request for reciprocal discovery as to reports of examination/tests and expert witnesses, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and (C), respectively.

**I. <u>Disclosure of Expert Witness:</u>**

<u>Professor Bruce Hoffman</u>

Dr. Bruce Hoffman is a tenured professor in the Security Studies program at the Georgetown University School of Foreign Service. He is also a part-time professor of Terrorism Studies at the School of International Relations, University of St Andrews, St. Andrews, Scotland, U.K. He has a Doctor of Philosophy (D.Phil.) in International Relations from St. Antony's College, University of Oxford, England and M. Phil. in International Relations from New College, University of Oxford, England. He has authored numerous articles and policy papers on international terrorism and counterterrorism strategies. He has served as an advisor for counterterrorism for the CIA, Multinational and Provisional Authorities in Baghdad, Iraq and as Corporate Chair in Counterterrorism and

Counterinsurgency for the RAND Corporation. In 2014-2015 Dr. Hoffman was appointed by Congress as a Commissioner on the Commission to Review the FBI's post-9/11 Response to Terrorism and Radicalization. Dr. Hoffman currently serves on the Counsel for Foreign Relations, Washington, D.C. and as the Series Editor, Columbia University Press Studies in Terrorism and Irregular Warfare. Dr. Hoffman's extensive professional background and list of publications are set forth detail in the attached curriculum vitae.

In summary, Dr. Hoffman will testify that ISIS is and in 2014-2017 was, an international terrorist organization. He will explain the history and structure of ISIS as it existed in the 2014-2017 timeframe. Dr. Hoffman will discuss the relationship between ISIS and the United States and other western countries. He will also explain the relationship between ISIS and the Syrian government, the Syrian civilian population and the role that ISIS played in the Syrian civil war. Dr. Hoffman will discuss ISIS's methods of communication used internally and externally as well as the means by which ISIS recruited individuals internationally to participate in the armed conflict in Syria.

Dr. Hoffman's testimony primarily will be based on his extensive knowledge of and experience with Islamic terrorism groups. Dr. Hoffman has studied terrorist organizations for more than twenty (20) years and has a deep understanding of the history structure and organization of ISIS and related Islamic terrorists organizations.

## II. <u>Request for Reciprocal Discovery</u>

Pursuant to Federal Rule of Criminal Procedure 16, the United States requests reciprocal discovery from the defendant of any reports of examinations and tests, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and of expert witnesses/testimony, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

Respectfully submitted this the 8th day of January, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

***s/ Dana O. Washington***
Dana O. Washington
Assistant United States Attorney
Virginia Bar # 31981
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
Dana.washington@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day of January 8, 2019, the foregoing Notice of Intent to Offer Expert Testimony was duly served upon the defendant herein, by way of ECF filing to his attorney of records, as follows:

Kevin A. Tate
Kevin_Tate @fd.org

*s/ Dana O. Washington*
Dana O. Washington
Assistant U.S. Attorney