FILED
CHARLOTTE, NC

APR 23 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Subject placed in USMS W/NC custody at the Mecklenburg County Jail on 12/27/2018.

GREG FOREST, USM

BY: Anne Loijas, DA

Subject was released from USMS W/NC custody on 4/22/2019 and returned to BOP. This WHCAT has been satisfied.

GREG FOREST, USM

BY: Anne Loijas, DA

RECEIVED
US MARSHALS SERVICE
2018 DEC -4 PM 4:25
WESTERN NORTH CAROLINA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL NO. 3:17-CR-182-MOC-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **EX PARTE** |
| | ) | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PRODUCTION OF MOHAMED SAEED KODAIMATI** |
| **v.** | ) | |
| **ALEXANDER SMITH,** | ) | |
| **Defendant.** | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN, FEDERAL CORRECTIONAL INSTITUTION-LOMPOC

TO: UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TO: THE DIRECTOR, U.S. BUREAU OF PRISONS, WASHINGTON D.C.

GREETINGS:

WE COMMAND that you have the person of **MOHAMAD SAEED KODAIMATI**, presently in the custody UNITED STATES BUREAU OF PRISONS, and being housed at the FEDERAL CORRECTIONAL INSTITUTE-LOMPOC in Lompoc, California, BOP Reg # 49820-298 before the United States District Court for the Western District of North Carolina, at the United States Courthouse, Charlotte Division, 401 W. Trade Street, Charlotte, North Carolina 28202 on or about **January 22, 2019 at 9AM**, for the purpose of providing testimony in the above-captioned case, throughout the duration of the trial and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the United States District Court until