**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | **DOCKET NO. 3:17-CR-00182-MOC** |
| | ) | |
| **vs.** | ) | **NOTICE OF APPEAL** |
| | ) | |
| **ALEXANDER SAMUEL SMITH** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

Defendant, Alexander Samuel Smith, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing both the conviction and sentence entered by the Honorable Max O. Cogburn on August 12, 2020 to the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

s/Kevin A. Tate
Kevin A. Tate
Senior Litigator/Assistant Federal Public Defender
Attorney for Alexander Samuel Smith
Federal Defenders of Western District North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax