IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER SAMUEL SMITH,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CRIMINAL NO. 3:17CR182** |

**NOTICE OF APPEAL**

**COMES NOW**, the Defendant herein, ALEXANDER SAMUEL SMITH, by and through undersigned counsel, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, and hereby appeals to the United States Court of Appeals for the Fourth Circuit from the AMENDED Sentence and AMENDED Judgment announced by the Honorable Max O. Cogburn, Jr. on March 24, 2023, and entered on April 5, 2023, along with all previous orders.

Respectfully Submitted, this the 12th day of April 2023.

/s/ James W. Kilbourne, Jr.
James W. Kilbourne, Jr.
State Bar No. 24354

ALLEN STAHL & KILBOURNE, PLLC
Attorneys for Defendant
20 Town Mountain Road
Asheville, NC 28801
(828) 254-4778
jamesk@asklawnc.com